☑ FILED         ☐ LODGED
☐ RECEIVED      ☐ COPY

FEB 0 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>1)　Gordon Leroy Hall,<br>　　(Counts 1-5)<br><br>2)　Brandon Alexander Adams,<br>　　(Counts 1-4)<br><br>3)　Benton Tyler Thomas Hall,<br>　　(Counts 1-4)<br><br>　　　　　Defendants. | CR-14-8020-PCT-DGC (LOA)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 514(a)(1) and 2<br>　　　(Making Fictitious Instrument)<br>　　　Counts 1 and 2<br><br>　　　18 U.S.C. §§ 514(a)(2) and 2<br>　　　(Using Fictitious Instrument)<br>　　　Counts 3 and 4<br><br>　　　18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>　　　(Felon in Possession of a Firearm)<br>　　　Count 5<br><br>　　　18 U.S.C. § 924(d) and 28<br>　　　U.S.C. § 2461(c)<br>　　　(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNTS 1 and 2

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, drew, printed, processed, produced, published, and otherwise made, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

| Count | Issue Date | Approximate Date Printed, Processed or Produced | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 1 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 2 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(1) and 2.

### COUNTS 3 and 4

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, passed, uttered, presented, offered, brokered, issued, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

| Count | Issue Date | Approximate Date Passed or Presented | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 3 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 4 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(2) and 2.

### COUNT 5

On or about March 14, 2013, in the District of Arizona, GORDON HALL, having been previously convicted of Conspiracy to Commit Securities Fraud and Wire Fraud, Securities Fraud, and RICO in United States District Court, Southern District of New

York, case number 1:97CR01215-009, on or about November 1, 1999, crimes punishable by imprisonment for a term exceeding one year, did knowingly possess two Kriss Vector CRB .45 caliber ACP semi-automatic rifles and one Springfield Armory model XD .40 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2), set forth in Count 5, defendant GORDON LEROY HALL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and/or ammunition involved in or used in the knowing violation of the statutes set forth above, including, but not limited to:

1. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C009091;

2. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C008839; and

3. Springfield Armory model XD .40 caliber pistol, S/N US437985.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: February 4, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

LISA E. JENNIS
Assistant U.S. Attorney