**U.S. Department of Justice**

**United States Attorney**
**District of Arizona**

Two Renaissance Square     Main: (602) 514-7500
40 N. Central Ave. Suite 1200    Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

February 4, 2014

*FILED / RECEIVED / LODGED / COPY — FEB 04 14 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY*

**SEALED**

Honorable Steven P. Logan
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 401
401 W. Washington Street, SPC 53
Phoenix, Arizona 85003-2154

     Re:     *United States v. Gordon Leroy Hall*
             USAO No. 2013R03106
             Court No. CR-14-8020-PCT-DGC (LOA)

Dear Magistrate Judge Logan:

     This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category and sub-category, if applicable):

☐    A CONFLICT MAY EXIST

     ☐    The case or matter was in this office while you were an Assistant United States Attorney in the OCDETF Unit and/or a Deputy Criminal Chief in the Office of the U.S. Attorney **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter.

☒    NO PROBABLE CONFLICT

     ☒    (a) The case or matter was not in this office nor was the defendant in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in this Office **(December 30, 2001 through August 28, 2010)**.

     ☒    (b) The case or matter was in this office or the defendant was in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in the Office of the U.S. Attorney for the District of Arizona **(December 30, 2001 through August 28, 2010)**. However, my review of the file indicates you did not have direct involvement in this matter.

                                                             Sincerely,

                                                             JOHN S. LEONARDO
                                                             United States Attorney
                                                             District of Arizona

                                                             LISA E. JENNIS
                                                             Assistant United States Attorney

LEJ/atf