1  BENTON TYLER THOMAS HALL
   c/o 3546 EAST PRESIDIO CIRCLE
2  MESA, ARIZONA 85213
   Phone: (623)229-9393
3  E-Mail: 2havetrust@gmail.com

```
☑ FILED        ☐ LODGED
☐ RECEIVED     ☐ COPY

     MAR 1 2 2014

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                    DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:2014-cr-00184 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| BENTON TYLER THOMAS HALL, | |
| Defendant. | |

I HEREBY CERTIFY that, on the 12th day of March, 2014, I did cause Donald Westover to furnish via United States Postal Service a true and correct copy of:

1. **Request for Discovery**, dated the 10th day of March, 2014; and

2. **MOTION TO CONTINUE TRIAL AND EXTEND DEADLINE TO FILE MOTION (*FIRST REQUEST*)**, dated the 12th day of March, 2014.

To:   UNITED STATES OF AMERICA

c/o LISA E. JENNIS, Esq.

TWO RENAISSANCE SQUARE

40 NORTH CENTRAL AVENUE, Suite 1200

PHOENIX, AZ 85004-4408

Please see CERTIFICATE OF SERVICE attached hereto.

RESPECTFULLY SUBMITTED this 12th day of March, 2014.

BENTON TYLER THOMAS HALL

By: *Benton Tyler Thomas Hall* (signature)

PAGE 1 OF 1

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
c/o LISA E. JENNIS, Esq
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVENUE, Suite 1200
PHOENIX, AZ 85004-4408

**Serviced By: USPS Certified Mail (#7013 3020 0002 2581 3865)**

hereinafter, "Recipient," the documents and sundry papers pertaining to Case #: 2:2014-cr-00184, as follows:

1) **MOTION TO CONTINUE TRIAL AND EXTEND DEADLINE TO FILE MOTION (FIRST REQUEST)**, dated the 12th day of March, 2014, (2 leaves); and
2) **"Exhibit A,"** Request for Discovery, dated the 10th day of March, 2014, (4 leaves).

This mailing contained a total of six (6) leaves. It was sent via the United States Postal Service under the control, direction, and instruction of the Service as referenced above. The aforesaid mailing was placed in a postpaid envelope properly addressed to the Recipient. It was deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

12th of March, 2014
DATE

_____
Donald Westover
3546 East Presidio Circle
Mesa, Arizona [85213]

---

**LEGAL NOTICE** The Witness named above is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* Intimidating a third party witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.