IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR-14-00184-PHX-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Benton Tyler Thomas Hall, et al., ) | |
| Defendants. ) | |

The Court having continued the trial date for 90 days in the above-entitled case on March 12, 2014,

IT IS ORDERED denying the Defendant's Pro Se Motion to Continue Trial and Extend Deadline to File Motions (Doc. 26) as moot.

DATED this 13th day of March, 2014.

_____
Neil V. Wake
United States District Judge